# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINWOOD EDWARD TRACY, JR., | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-cv-00881-RCJ-WGC |
| vs. | ) | |
| | ) | |
| PAUL CAMACHO et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The Court previously ruled that the Clerk shall accept no further filings in the case other than notices of appeal. Plaintiff has nevertheless filed additional motions. Accordingly,

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions (ECF Nos. 54, 58) are STRICKEN.

IT IS SO ORDERED.

Dated this 26th day of August, 2013.

_____
ROBERT C. JONES
United States District Judge